# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YAT MING WU,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>      Defendants. | 2:12-CV-278 JCM (CWH) |

### ORDER

Presently before the court is *pro se* plaintiff Yat Ming Wu's motion for preliminary injunction. (Doc. #3). Defendants Countrywide Home Loans, Inc. and Recontrust Company, N.A., have not been served in this action. Therefore, defendants have not opposed this motion.

Pursuant to Federal Rule of Civil Procedure 64, "the court may issue a preliminary injunction only on notice to the adverse party." FED. R. CIV. P. 65. Here, the defendants have not been served and have no notice of plaintiff's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Yat Ming Wu's motion for preliminary injunction (doc. #3) be, and the same hereby is, DENIED.

DATED March 23, 2012.

                                                                UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**