# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YAT MING WU,

          Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC., *et al.*,

          Defendants.

Case No. 2:12-cv-00278-JCM-CWH

**ORDER**

      This matter is before the Court on Plaintiff's Motion to Extend Time to File a Motion in Reply Opposition to Defendant's Request for Judicial Notice (Dkt. #6), filed on March 27, 2012.

      It is not apparent what request Plaintiff refers to, as Defendants have yet to make an appearance in this case. Plaintiff does not assert how much time is requested. Regardless, Defendants have not filed a Request for Judicial Notice in this matter. Thus, there is no need for Plaintiff to submit a filing that opposes such a request. Plaintiff's motion will be denied as moot.

      Plaintiff has further submitted two other filings that are premature at this juncture. On March 27, 2012 Plaintiff filed a Reply to Defendant's Opposition to Motion to Amend/Correct Complaint (Dkt. # 7) and a Reply in Support of Motion for Leave to Submit Reply to Defendant's Reply in Support of Defendants' Motion to Dismiss (Dkt. #8). Not only has there been no filing by Defendants in this case, Plaintiff has not filed a Motion to Amend/Correct Complaint. Since Plaintiff's replies do not relate to any filing in this action, these documents will be stricken from the record.

      Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to File a Motion in Reply Opposition to Defendant's Request for Judicial Notice (Dkt. #6) is **denied as moot**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall **strike** Plaintiff's Reply to

1  Defendant's Opposition to Motion to Amend/Correct Complaint (Dkt. # 7) and Plaintiff's Reply in
2  Support of Motion for Leave to Submit Reply to Defendant's Reply in Support of Defendants' Motion
3  to Dismiss (Dkt. #8) from the record.

4       DATED this 30th day of March, 2012.

```
                                    _____
                                    C.W. HOFFMAN, JR.
                                    UNITED STATES MAGISTRATE JUDGE
```